IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LONGHORN EMERGENCY MEDICAL ASSOCIATES, PA; ACS PRIMARY CARE PHYSICIANS SOUTHWEST, PA; EMERGENCY SERVICES OF TEXAS, PA; HILL COUNTRY EMERGENCY MEDICAL ASSOCIATES, PA; PEDIATRIC EMERGENCY MEDICINE GROUP, LLP; TEXAS EMERGENCY MEDICINE GROUP, LLP; TEXAS MEDICINE RESOURCES, LLP; TEXAS PHYSICIAN RESOURCES, LLP; and EMERGENCY ASSOCIATES OF CENTRAL TX, PA**, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:25-CV-190-L** |
| **BLUE CROSS BLUE SHIELD OF TEXAS,** *A Division of Health Care Service Corporation*, | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Stipulation to Extend Plaintiffs' Deadlines to Respond to Motion to Compel Arbitration and Defendant's Counterclaims ("Stipulation") (Doc. 33), filed May 1, 2025. The court **accepts** dates agreed to by the parties regarding the extension of deadlines, and the documents listed in the Stipulation must be filed by the deadlines agreed to by the parties.

**It is so ordered** the 5th day of May, 2025.

Sam A. Lindsay
United States District Judge

Order – Solo Page